```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
DARIN POOLE,                             :
                                              MEMORANDUM AND ORDER
             Plaintiff,                  :

    - against -                          :   08 Civ. 7552 (NRB)

DEPARTMENT OF CORRECTIONS,               :
OFFICER FIGUEROA,
CAPTAIN RIVERA                           :

                                         :
             Defendants.
                                         :
-----------------------------------------x
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court received a letter from Plaintiff on August 11, 2009. We construe this letter as requesting, <u>inter alia</u>, that this Court provide Plaintiff with counsel pursuant to 28 U.S.C. § 1915(e). When deciding whether to appoint a lawyer for an indigent party in a civil action, the following criteria are applied: (1) the merits of the party's claims; (2) ability to pay; (3) plaintiff's efforts to obtain a lawyer; (4) the availability of a lawyer; and (5) plaintiff's ability to gather and deal with the relevant facts. <u>See</u> <u>Cooper v. A. Sargenti Co.</u>, 877 F.2d 170, 172 (2d Cir. 1989). The threshold requirement is a showing of sufficient likelihood of success on the merits to warrant the appointment of counsel. <u>See, e.g.</u>, <u>McDonald v. Head Criminal Court Supervisor Officer</u>, 850 F.2d 121 (2d Cir. 1988). When evaluating the merits, <u>pro se</u> complaints

are held to a less stringent standard.  <u>Haines v. Kerner</u>, 404 U.S. 519 (1972).

Based upon the record submitted to date, I cannot conclude that plaintiff has demonstrated a likelihood of success on the merits that would support the appointment of counsel.  Thus, the application is denied without prejudice to reconsideration at a later time should future developments warrant a different result.

**IT IS SO ORDERED.**

DATED:    New York, New York
          August 21, 2009

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE